# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
SHELLY V. FRANK,                     *
                                     *
           Plaintiff,                *
                                     *
     v.                              *   No. 19-333C
                                     *   Filed: May 6, 2019
UNITED STATES,                       *
                                     *
           Defendant.                *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

**O R D E R**

  The court is in receipt of the plaintiff's May 6, 2019 notice of voluntary dismissal of the above captioned case without prejudice. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2018), this court **ORDERS** that this case be **DISMISSED** without prejudice, with each party to bear its own costs.

  **IT IS SO ORDERED**.

                s/Marian Blank Horn
                **MARIAN BLANK HORN**
                   **Judge**